# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2741
LT Case No. 42-2009-CF-1534-A

———————————————

BUDDY TILMAN WATSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Buddy Tilman Watson, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

February 3, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____